ACCEPTED
05-15-01375-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/3/2015 3:38:18 PM
LISA MATZ
CLERK

## Court of Appeals No. 05-15-01375-CV

Trial Court Case No. DC-15-00971

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/3/2015 3:38:18 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| Roger K. Parsons, individually, and as | § | IN THE COURT OF APPEALS |
| Independent Administrator for the estate | § | |
| of Esther Ann Kartsotis Parsons, | § | |
| *Appellant* | § | FIFTH DISTRICT OF TEXAS |
| **v.** | § | |
| Michael Kevin Queenan | § | |
| and the Queenan *Law Firm* | § | |
| *Appellees* | § | AT DALLAS |

### Appellant's Motion to Extend Time to File Notice of Appeal

In response to a 12/2/2015 letter from Clerk-of-the-Court Lisa Matz (Ex. 1), Appellant respectfully moves for more time to file notice of appeal regarding Court of Appeals No. 05-15-01375-CV (Trial Court Case No. DC-15-00971), originating from the 160th District Court in Dallas County, Texas, Judge Jim Jordan presiding.

The Clerk's 12/2/15 review of submitted documents states information sufficient to satisfy all but one element of Tex. R. App. P. 10.5(b). To quote, this appeal concerns

> an order signed by the trial court on July 28, 2015 granting summary judgment with regard to all claims in the case.

Further,

> Appellant filed a timely motion for new trial. Accordingly, appellant's notice of appeal was due on October 26, 2015. *See* TEX. R. APP. P. 26.1(a). The clerk's record shows, however, that the notice of appeal was not filed until November 10, 2015.

Finally,

> Because the notice … was filed within fifteen days of the deadline, appellant can remedy the timeliness problem by filing, **within ten days of the date of this letter**, a motion for extension that complies with rule 10.5(b).

To address Tex. R. App. P. 10.5(b)(1)(C), which requires "the facts relied on to reasonably explain the need for an extension," Appellant's counsel admits to miscalculating the applicable deadline. Further, counsel avers the miscalculation was not the result of conscious indifference---it was a mistake for which counsel apologizes to Clerk, Court, Appellees and opposing counsel. Finally, counsel avers that there was no intent on the part of Appellant or counsel to delay the determination of this matter.

Appellant prays that this motion be granted and that the above-styled appeal be addressed by the Court.

Respectfully submitted,

Christopher Nygaard
Texas State Bar No. 24070350
California State Bar No. 275700
New York State Bar No. 4953626

Chicago Title Bldg. Ste 400
1400 Preston Rd., Plano, TX 75093
TEL (469) 261-0776 ● TEL 469-331-9940
FAX (214) 997-4601 ● chris@nyglaw.com

*Attorney for Roger Parsons*

## CERTIFICATE OF SERVICE

I certify that on 12/3/15, I served the foregoing on opposing counsel:

Marshall M. Searcy, Jr. and Caleb B. Bulls
201 Main Street, Suite 2500, Fort Worth, Texas 76102
caleb.bulls@kellyhart.com; marshall.searcy@kellyhart.com

Christopher Nygaard

CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Exhibit 1**

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX



### Court of Appeals
### Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

December 2, 2015

Mr. Christopher Nygaard
Nygaard Law
Chicago Title Building
1400 Preston Rd., Suite 400
Plano, TX 75093

RE:     Court of Appeals Number:     05-15-01375-CV
        Trial Court Case Number:     DC-15-00971

Style:  Roger K. Parsons, Individually and as Independent Administrator for the Estate of Esther
        Ann Kartsotis Parsons
        v.
        Michael Kevin Queenan and the Queenan Law Firm

Dear Mr. Nygaard:

The Court has reviewed the clerk's record in this case. The appeal concerns an order signed by the trial court on July 28, 2015 granting summary judgment with regard to all claims in the case. Appellant filed a timely motion for new trial. Accordingly, appellant's notice of appeal was due on October 26, 2015. *See* TEX. R. APP. P. 26.1(a). The clerk's record shows, however, that the notice of appeal was not filed until November 10, 2015.

Without a timely filed notice of appeal, the Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1 The Court may, however, grant an appellant an extension of time to file a notice of appeal if the appellant filed the notice of appeal within fifteen days of the deadline and files a motion complying with rule 10.5(b) of the rules of appellate procedure. TEX. R. APP. P. 26.3. Because the notice of appeal was filed within fifteen days of the deadline, appellant can remedy the timeliness problem by filing, **within ten days of the date of this letter**, a motion for extension that complies with rule 10.5(b).

**Exhibit 1**

We caution you that failure to file a proper extension motion by the deadline set forth in this letter may result in the dismissal of the appeal for lack of jurisdiction.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

cc:
Mr. Marshall M. Searcy Jr.
Kelly, Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102-3129